# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE MERCIER,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, *et al.*,

    Defendants.

Case No. 2:06-CV-01430-KJD-LRL

**ORDER**

    Before the Court for consideration is the Report & Recommendation (#3) of Magistrate Judge Robert J. Johnston entered March 19, 2007, recommending that Plaintiff's Complaint be dismissed. No objections to the Magistrate Judge's Report & Recommendation were filed by Plaintiff pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada, though the time for doing so has passed.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report & Recommendation (#3) of the United States Magistrate Judge entered March 19, 2007, should be **ADOPTED** and **AFFIRMED**.

1  IT IS THEREFORE ORDERED that the Magistrate Judge's Report & Recommendation (#3)
2  entered March 19, 2007, is **ADOPTED** and **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED**
3  **with prejudice**.
4  DATED this 10th day of April 2007.

_____
Kent J. Dawson
United States District Judge